CHAN KWAN CHUNG *v.* IMMIGRATION AND NATURALIZATION SERVICE.

No. 637. Decided June 17, 1968.

*Abraham Lebenkoff* for petitioner.

*Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Julia P. Cooper* for respondent.

PER CURIAM.

The judgment is affirmed.

CITY OF WILLIAMSPORT ET AL. *v.* UNITED STATES ET AL.

No. 1401. Decided June 17, 1968.

*Gordon P. MacDougall* and *Harvey Gelb* for appellants.

*Solicitor General Griswold, Acting Assistant Attorney General Zimmerman, Howard E. Shapiro, Robert W. Ginnane,* and *Jerome Nelson* for the United States et al., and *Carl Helmetag, Jr.,* for Penn Central Co., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.